UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| United States of America | ) | |
| --- | --- | --- |
| | ) | CASE NO. 5:18CR667 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Dante Dixon, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

During the pretrial conference held on February 11, 2019, the Court approved Defense Counsel's motion to withdraw therefore, the jury trial set for February 25, 2019 is continued until further order of the Court.

IT IS SO ORDERED.

<u>February 21, 2019</u>   <u>  /s/ John R. Adams    </u>
Date                      John R. Adams
                          U.S. District Judge